IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-00314-WYD-MJW

ANDREW PORTER, and
DENNIS PORTER, by and through their mother and next friend,
INNESSA PORTER, M.D., and
NICHOLAI GRIMSLAND, by and through his mother and next friend,
IRINA GRIMSLAND,

Plaintiff(s),

v.

KAISER FOUNDATION HEALTH PLAN AND GROUP, a Colorado nonprofit corporation,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiffs' Unopposed Motion to Amend Scheduling Order In An Action for Review of an Administrative Record (docket no. 33) is GRANTED.  The Plaintiff's Opening Brief shall be filed 14 days after any ruling on any motion to supplement the administrative record or ruling on Defendant's Motion to Dismiss Plaintiff's Second and Third Claims for Relief, whichever is later.  Defendant's response brief shall be filed 30 days thereafter.  Plaintiffs' reply brief shall be due 14 days thereafter.  The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: September 12, 2011